

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2019

No. 04-19-00217-CV

**IN RE A.C., A.C. III, AND S.P.A.C.**,
Appellant

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00580
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Counsel has filed an *Anders* brief in this case. The *Anders* brief was accepted without a motion to withdraw because, in appeals of orders terminating parental rights, courts generally cannot grant such a motion absent some ground other than counsel's conclusion that the appeal is frivolous and without merit. *See In re P.M.*, 520 S.W.3d 24 (Tex. 2016) (per curiam). After this court accepted counsel's *Anders* brief, counsel filed a motion to withdraw, the sole ground being counsel's conclusion that the appeal is frivolous and without merit. We **ORDER** the motion to withdraw is held in abeyance pending further order of the court. We further **ORDER** the clerk of this court to serve a copy of this order on appellant and all counsel.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2019.

_____
Keith E. Hottle,
Clerk of Court